IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

NATIONAL GOLD EXCHANGE, INC.                      Case No. 8:09-bk-15972-MGW
                                                  Chapter 11

    Debtor.

_____/

## COINKO AND KIRK KELLY RARE COINS'
## MOTION FOR RULE 2004 EXAMINATION OF MARK YAFFE
### (*Ex Parte* relief requested)

COMES NOW, GENE SANDERS, INC. D/B/A COINKO ("COINKO") and KELLY PRESS, INC. d/b/a KIRK KELLY RARE COINS ("Kelly") (collectively referred to as "Creditors"), creditors in the above-referenced case, hereby file this Motion for Examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Motion"). In support of this Motion, Creditors state as follows:

1. On July 24, 2009, National Gold Exchange commenced this case by filing a petition for relief pursuant to Chapter 11 of the Bankruptcy Code.

2. Pursuant to Fed. R. Bank. P. 2004, upon motion of any party in interest, this Court may order the examination of the debtor and any entity relating to "any matter which may affect the administration of the debtor's estate".

3. Creditors would show that good cause exists for the entry of an order granting the requested Fed. R. Bankr. P. 2004 examination in that:

    a. Upon information and belief, Mark Yaffe may be holding certain coins and monies that are property of the bankruptcy estate. Accordingly, Mark Yaffe possesses information and documentation necessary for the Trustee to administer the estate.

b. Creditors desire to conduct a Rule 2004 examination of Mark Yaffe to: (i) discover or determine the business activities relating to the status of certain coins and monies subject to the purchase of coins by COINKO and Kelly which debtor was to then sell to Goldline on Creditors behalf with NGE retaining a commission ("Goldline deal"); (ii) discover or determine the business activities relating to the purchase of gold bars by COINKO which were not delivered; (iii) any other critical information concerning the purchase and/or disposition of any and all goods or monies in which Creditors claim an interest.

4. Furthermore, the disposition of assets in which Creditors claim an interest will substantially affect the administration of the estate and Debtor's ability to confirm a plan of reorganization. Additionally, until such time as Creditors are able to ascertain the exact disposition of all coins and monies subject to the Goldline Deal and the gold bars, they will be unable to file an appropriate proof of claim, which will directly impact the proposed plan of reorganization of The Phoenix Gold Corp. ("Phoenix Corp." or "Proponent").

5. By this Motion, Creditors request this Court to order Mark Yaffe to:

a. Appear for examination pursuant to Fed. R. Bankr. P. 2004, with such examination to take place before a duly authorized court reporter at the law offices of Iurillo & Associates, P.A., in St. Petersburg, Florida, or at such other location as is agreed to and at a reasonable time agreed to by the Creditors and Mark Yaffe and permit Creditors to compel his attendance by subpoena if the Creditors deem advisable.

b. Produce for inspection and copying at least five (5) days prior to the 2004 examination, all of the documents identified on Exhibit "1" and authorize the

subpoena of such documents if the Creditors deem advisable.

WHEREFORE, the Creditors request the Court enter an Order granting their motion for 2004 examination of Mark Yaffe and the production of documents for inspection and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2009, I served a true and correct copy of this Motion for Rule 2004 Examination of Mark Yaffe electronically via CM/ECF to the following and all those receiving ECF notification:

National Gold Exchange, Inc.
Mark Yaffe, VP/Treasurer
14309 North Dale Mabry Highway
Tampa, FL 33618

Claire Saady, Esq.
Daniel L. Saxe, Esq.
Saady & Saxe, Esq.
205 Crystal Grove Blvd.
Lutz, FL 33548

Richard J. McIntyre, Esq.
McIntyre, Panzarella, Thanasaides & Eleff
6943 East Fowler Avenue
Temple Terrace, FL 33617

Cynthia Burnette, Esq.
J. Steven Wilkes, Esq.
Office of the U.S. Trustee – TPA
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602

Joseph J. Luzinski, Chap. 11 Trustee
200 S. Biscayne Blvd., Suite 1818
Miami, FL 33131

Paul S. Singerman, Esq.
Berger & Singerman, P.A.
200 South Biscayne Blvd.
Suite 1000
Miami, FL 33131

IURILLO & ASSOCIATES, P.A.

/s/ Sabrina C. Beavens

CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
ciurillo@iurillolaw.com
SABRINA C. BEAVENS, ESQUIRE
Fla. Bar No. 569011
sbeavens@iurillolaw.com
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile
Attorneys for Gene Sanders, Individually
Gene Sanders, Inc. d/b/a COINKO and
Kirk Kelly Rare Coins

**Exhibit 1**

A.   Any and all documents relating to the purchase of coins by financed COINKO and Kelly in or around June and July 2009 which were earmarked for sale to Goldline with National Gold Exchange receiving a commission on the sale.

B.   Any and all documents relating to the purchase of 70oz of gold bars by COINKO for which National Gold Exchange received a wire transfer for payment in full on or about April 28, 2009 in the amount of $67,162.00.