UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

National Gold Exchange, Inc.,
      EIN:  04-2665042

      Debtor.

_____/

Case No.  8:09-bk-15972-MGW
Chapter 11

## ORDER CONVERTING CASE TO CHAPTER 7

THIS CAUSE came on for hearing on March 3, 2010 ("Hearing"), which was originally scheduled and noticed as a hearing on confirmation but was subsequently cancelled and noticed as a hearing to consider the approval of the Second Amended Disclosure Statement filed by the Plan Proponent, Phoenix Gold Corp, in order for the parties to attend mediation.  At the Hearing, Counsel for the Plan Proponent and Counsel for the Chapter 11 Trustee announced to this Court that the parties were unsuccessful at mediation to resolve all issues in order to present a consensual plan to the parties and this Court.  Further, the Chapter 11 Trustee sought conversion of this case to one under Chapter 7.  Additionally, the U.S. Trustee has filed a Motion to Convert the Case (Doc. No. 359), although such motion was not calendared for hearing on March 3, 2010.  No party in interest present at the Hearing opposed conversion.

As is standard for this Court, all parties were originally noticed that this Court may consider dismissal or conversion of this case at any hearing on confirmation.  The parties present for the Hearing represented to this Court a united position that further Chapter 11 administration bears unnecessary expenses and that proceeding under Chapter

7 would provide a more economical administration of the bankruptcy estate for the benefit of creditors.

Upon the foregoing and after a review of the record, the court docket, and statements made by counsel upon the record in open court for the various parties represented at the Hearing, this Court is satisfied that there is sufficient notice and opportunity for hearing on whether conversion to Chapter 7 is in the best interests of the creditors and the estate. During this Chapter 11 case, the parties presented a set of complex debtor and creditors relations and were looking for resolution of those issues through a consensual plan. The parties represented to this Court that they are intent on working toward a resolution in the context of a Chapter 7 case. This Court is mindful of the resolution capabilities a trustee has under Fed. R. Bankr. P. 9019 and the complexities of negotiating and confirming a consensual plan. This Court concludes, pursuant to 11 U.S.C. §1112(b), that conversion of this Chapter 11 case to one under Chapter 7 provides a more economical administration for the creditors and the bankruptcy estate. Accordingly, it is

**ORDERED**:

1.     That the *ore tenus* motion to convert prosecuted by the Chapter 11 Trustee upon the record in open court, be and is hereby **GRANTED**;

2.     That the Motion to Convert (Doc. No. 359) filed by the U.S. Trustee, be and is hereby **GRANTED**;

–2–

3.      That the Motion to Convert (Doc. No. 361) filed by Caligula Corp., be and is hereby **MOOT**;

4.      That the Chapter 11 bankruptcy case of *In re National Gold Exchange, Inc.* (Case No. 8:09-bk-15972-MGW) be and hereby stands **CONVERTED** to a case under Chapter 7, Title 11, United States Code; and

5.      That the United States Trustee is directed to appoint an interim Chapter 7 trustee in this case in accordance with 11 U.S.C. §701(a).

**DONE** and **ORDERED** in Chambers at Tampa, Florida on____March 04, 2010____

_____

Michael G. Williamson
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

–3–